UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Elbert Dawkins,
on behalf of himself and all others similarly situated,

        Plaintiffs,

v.                                    CASE NO.: 1:22-cv-6623

Learning Express, Inc.

        Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Daniel Rodriguez and the Defendant Learning Express, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is   dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 14, 2023

| For Plaintiff Elbert Dawkins | For Defendant Learning Express, Inc. |
|---|---|
|   *s/Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | *s/Rebecca A. Stark*<br><br>Rebecca A. Stark<br>Dentons US LLP<br>1221 Ave of the Americas<br>New York, NY 10020<br>Ph:(212) 768-5328<br>rebecca.stark@dentons.com |

**CERTIFICATE OF SERVICE**

I certify that on June 14 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*